**QUILL & ARROW LLP**
Matthew Treybig, Esq. (SBN 336797)
mtreybig@quillarrowlaw.com
10880 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645

Attorney for Plaintiff,
**JENNIFER A. JORDAN**

**SHOOK, HARDY & BACON L.L.P.**
Naoki S. Kaneko, Esq. (SBN 252285)
nkaneko@shb.com
Thomas V. Wynsma, Esq. (SBN 293713)
twynsma@shb.com
Katya Etemadieh, Esq. (SBN 332591)
ketemadieh@shb.com
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA 92614

Attorneys for Defendant,
**FORD MOTOR COMPANY**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER A. JORDAN, an individual,<br><br>Plaintiff,<br><br>Vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 2:25-cv-02408-RAO<br><br>*Magistrate Judge: Hon. Rozella A. Oliver*<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: 09/22/2026

By:______________________________

Hon. Rozella A. Oliver
United States Magistrate Judge